Official Form 6 - Summary (10/06)

**United States Bankrupcty Court**
**District of Massachusetts**

IN RE:                                                        Case No. <u>07-40561</u>

<u>Modern Aluminum Anodizing Corporation</u>                    Chapter <u>11</u>
                Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $   1,871,600.00 | | |
| B - Personal Property | Yes | 2 | $   3,711,169.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $   4,582,919.82 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $   9,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | $   1,048,621.13 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 26 | $   5,582,769.00 | $   5,640,540.95 | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Modern Aluminum Anodizing Corporation**      Case No. **07-40561**

Debtor(s)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant , community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **96,000 sq. ft. steel and brick manufacturing plant located at 59 Hodges Cross Road, North Adams, Massachusetts; Deed dated November 12, 1992 and recorded in the Berkshire County Registry of Deeds at Book 854, Page 1053** <br><br>**\*amount listed is book; net of depreciation** | | | 1,871,600.00 | 4,579,719.00 |
| | | **TOTAL** | 1,871,600.00 | |

(Report also on Summary of Schedules)

© 1993-2007 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

IN RE <u>Modern Aluminum Anodizing Corporation</u>                    Case No. <u>07-40561</u>
Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account held at Bank of Bennington**<br>**Putnam Investments** | | 37,000.00<br>1,169.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(3). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **See attached list** | | 150,000.00 |

SCHEDULE B - PERSONAL PROPERTY

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# SCHEDULE B; #16; Accounts Receivable

## Modern Aluminum Anodizing Corp
### Aged Receivables
### As of Feb 15, 2007

| Customer | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|
| ACME ARCHITECTURAL | | 6,038.03 | | 2,218.73 | 8,256.76 |
| AEROLITE EXTRUSION COMPA | 7,796.13 | | | | 7,796.13 |
| AMERICAN ALUMINUM EXTRUSION, LLC | | | | 2,266.25 | 2,266.25 |
| COMMONWEALTH ALUMINUM | | | | 38,949.93 | 38,949.93 |
| DESIGNER BOARD SPECIALTIE | 540.00 | | | | 540.00 |
| EMPIRE ARCHITECTURAL | 650.00 | 250.00 | | | 900.00 |
| FORECAST CONSOLES | 879.84 | | | | 879.84 |
| GENERAL CHEMICAL | 3,181.38 | | | | 3,181.38 |
| GREAT LAKES ALLOYS | 98.00 | 116.00 | | 90.00 | 304.00 |
| ARCHITECTURAL GRILLE | 900.00 | | | | 900.00 |
| ITTS INDUSTRIAL | 6,301.40 | | | | 6,301.40 |
| LAWRENCE METALS | | 599.76 | 12,853.38 | | 13,453.14 |
| MK AUTOMATION ENGINEERIN | 4,988.94 | | | | 4,988.94 |
| PENNEX ALUMINUM CO. | 9,180.50 | | | | 9,180.50 |
| PIERCE ALUMINUM | 537.77 | 577.80 | 4,278.59 | 11,361.75 | 16,755.91 |
| POK OF NORTH AMERICA | 1,915.20 | 3,160.78 | | | 5,075.98 |
| RYERSON | | | | 600.00 | 600.00 |
| SILVER CITY | -12,752.46 | 3,335.22 | 4,030.33 | -4,955.77 | -10,342.68 |
| STAR EXT. SHAPES | 32,509.67 | | | | 32,509.67 |
| STARFAB | 287.99 | | | | 287.99 |
| STURDY STORE DISPLAYS | | 441.49 | | | 441.49 |
| SUNSCAPES | | 666.48 | | | 666.48 |
| T & D FABRICATORS | | | | -1,499.64 | -1,499.64 |
| TELE-POL | 995.30 | | | | 995.30 |
| TESTRITE INSTRUMENTS | 287.78 | 767.47 | | 1,831.29 | 2,886.54 |
| TRUE ENGINEERING | | | | 4,440.23 | 4,440.23 |
| UNGER ENTERPRISES | 4,323.94 | | | | 4,323.94 |
| HYDRO | 44,107.07 | | 1,912.52 | 14,431.83 | 60,451.42 |
| VITEX EXTRUSION | 14,832.07 | | | | 14,832.07 |
| WAKEFIELD ENGINEERING | 7,043.98 | | | 1,512.00 | 8,555.98 |
| WEST SHORE RESOURCE | | 409.92 | | 400.00 | 809.92 |
| WORKSMART SYSTEMS | 1,706.16 | | | | 1,706.16 |
| | 130,310.66 | 16,362.95 | 23,074.82 | 71,646.60 | 241,395.03 |

IN RE **Modern Aluminum Anodizing Corporation** _____ Case No. **07-40561**

Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) in customer lists or similar compilations provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **See attached list** | | 149,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office equipment** | | 49,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Machinery and equipment book; net of depreciation** | | 2,750,000.00 |
| 30. Inventory. | | **See attached list** | | 575,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

TOTAL    **3,711,169.00**

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

SCHEDULE B - PERSONAL PROPERTY

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE B; #25; Automobiles

6239 MODERN ALUMINUM ANODIZING CORP.
04-2257541
FYE: 2/28/2006

**Federal Statements**

11/15/2006  8:01 AM

**Regular Depreciation**     <u>Statement 14 - Form 4562, Part V, Line 26 - Property Used More Than 50% in Qualified Business</u>

| Property Type | Date in Service | Busn Use % | Cost or Basis | Basis For Depr | Per | Meth | Deduct | Sec 179 |
|---|---|---|---|---|---|---|---|---|
| 1999 BUICK PARK AVENUE | 5/21/99 | 100.00 | $ 31,156 | $ 31,156 | 5.0 | 200DB | $ | $ |
| 2000 PONTIAC BONNEVILLE | 8/28/00 | 100.00 | 25,889 | 25,889 | 5.0 | 200DB | 1,775 | |
| 1999 BUICK CENTURY | 11/15/01 | 100.00 | 12,500 | 12,500 | 5.0 | 200DB | 1,296 | |
| 2002 MERCURY SABLE | 3/11/02 | 100.00 | 22,115 | 22,115 | 5.0 | 200DB | 1,775 | |
| 2003 GMC ENVOY | 5/14/03 | 100.00 | 35,546 | 35,546 | 5.0 | 200DB | 3,250 | |
| 2000 GMC SIERRA PICKUP | 8/02/99 | 100.00 | 22,160 | 22,160 | 5.0 | 200DB | | |
| Total | | | $ 149,366 | $ 149,366 | | | $ 8,096 | $ 0 |

14

IN RE <u>Modern Aluminum Anodizing Corporation</u>                                    Case No. <u>07-40561</u>
Debtor(s)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $125,000.
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Official Form 6D (10/06)

**IN RE** Modern Aluminum Anodizing Corporation
_____
Debtor(s)

Case No. **07-40561**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Admiral Metals Service Center Co., Inc.**<br>**C/O Goldman & Pease**<br>**160 Gould St**<br>**Needham Heights, MA  02494-2313** | | | **Real Estate Attachment dated December 29, 2005 recorded in the Northern Berkshire County Registry of Deeds at Book 1234, Page 660**<br><br>VALUE $ **1,871,600.00** | | | | 4,000.00 | |
| ACCOUNT NO.<br>**Associated Industries Of Massachusetts Mutual Insurance Company**<br>**C/O Robert Tenney; 220 N. Main Street**<br>**Natick, MA  01760** | | | **Real Estate Attachment dated February 21, 2006 recorded in the Northern Berkshire Registry of Deeds at Book 1239, Page 599**<br><br>VALUE $ **1,871,600.00** | | | | 112,000.00 | |
| ACCOUNT NO.<br>**Berkshire Gas Company**<br>**C/O Martin & Oliveira**<br>**75 S Church St**<br>**Pittsfield, MA  01201-6157** | | | **Real Estate Attachment dated August 1, 2006 recorded in the Northern Berkshire Registry of Deeds at Book 1258, Page 238**<br><br>VALUE $ **1,871,600.00** | | | | 60,712.89 | |
| ACCOUNT NO.<br>**New Penn Motor Express**<br>**C/O Gold & Vanaria, P.C.**<br>**12 Ingraham Ter**<br>**Springfield, MA  01105-1308** | | | **Execution dated March 20, 2006 recorded in the Northern Berkshire Registry of Deeds at Book 1242, Page 37**<br><br>VALUE $ | | | | 13,530.76 | 13,530.76 |

_____**2** continuation sheets attached

Subtotal
(Total of this page) $ **190,243.65** $ **13,530.76**

Total
(Use only on last page of the completed Schedule D. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $             $

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6D (10/06) - Cont.

IN RE Modern Aluminum Anodizing Corporation                           Case No. 07-40561
_____
                    Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> PCS Sales (USA), Inc. <br> C/O Hunter & Graziano <br> 10 Park Pl # 337 <br> Lee, MA 01238-1618 | | | Execution recorded in the Northern Berkshire Registry of Deeds at Book 1230, Page 948 relating to an attachment dated December 1, 2004 recorded in Book 1184, Page 730 <br> VALUE $ | | | | 100,262.40 | 100,262.40 |
| ACCOUNT NO. <br><br> Regions Bank <br> C/O Kenneth E. Lindauer, Esq. <br> 14 Lynde St <br> Salem, MA 01970-3404 | X | | Real Estate Attachment recorded in the Northern Berkshire Registry of Deeds at Book 1228, Page 388 <br><br> VALUE $ | | | | 750,000.00 | 750,000.00 |
| ACCOUNT NO. <br><br> S & A Supply, Inc. <br> C/O Kathleen M. McCormick <br> 390 Main St <br> Great Barrington, MA 01230-1805 | | | Execution dated March 20, 2006 recorded in the Northern Berkshire Registry of Deeds at Book 1242, Page 39 <br><br> VALUE $ | | | | 3,649.95 | 3,649.95 |
| ACCOUNT NO. <br><br> South Adams Savings Bank <br> PO Box 306 <br> Adams, MA 01220-0306 | | | Note, Security Agreement and Title to 2003 GMC Envoy <br><br> VALUE $ | | | | 3,200.00 | 3,200.00 |
| ACCOUNT NO. 9014663-6001 <br><br> TD Banknorth, N.A. <br> C/O Gregory Schmidt, Esq. <br> 1 Monarch Pl <br> Springfield, MA 01144-1099 | X | | Note, Security Agreement and Financing Statement <br><br> VALUE $ | | | | 479,111.00 | 479,111.00 |
| ACCOUNT NO. 9014663-9701 <br><br> TD Banknorth, N.A. <br> C/O Gregory Schmidt, Esq. <br> 1 Monarch Pl <br> Springfield, MA 01144-1099 | | | Note, Security Agreement and mortgage recorded in the Northern Berkshire Registry of Deeds at Book 972, Page 652; Mass. Industrial Revenue Bonds <br> VALUE $ | | | | 2,462,298.11 | 2,462,298.11 |
| ACCOUNT NO. 9014663-9702 <br><br> TD Banknorth, N.A. <br> C/O Gregory Schmidt, Esq. <br> 1 Monarch Pl <br> Springfield, MA 01144-1099 | | | Note, Security Agreement and Financing Statement <br><br> VALUE $ | | | | 394,944.42 | 394,944.42 |

Sheet no. **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)  $ 4,193,465.88  $ 4,193,465.88

Total
(Use only on last page of the completed Schedule D. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $          $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

Official Form 6D (10/06) - Cont.

IN RE Modern Aluminum Anodizing Corporation                                Case No. 07-40561
                                        Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9014663-9703** <br><br> **TD Banknorth, N.A.** <br> **C/O Gregory Schmidt, Esq.** <br> **1 Monarch Pl** <br> **Springfield, MA  01144-1099** | | | **Note, Security Agreement and Financing Statement** <br><br><br> VALUE $ | | | | 183,545.25 | 183,545.25 |
| ACCOUNT NO. <br><br> **Tighe & Bond, Inc.** <br> **C/O Alan J. Vanaria, Esq.** <br> **12 Ingraham Ter** <br> **Springfield, MA  01105-1308** | | | **Execution dated August 9, 2006 recorded in the Northern Berkshire Registry of Deeds at Book 1259, Page 162** <br><br> VALUE $ **1,871,600.00** | | | | 15,665.04 | |
| ACCOUNT NO. <br><br><br><br> VALUE $ | | | | | | | | |
| ACCOUNT NO. <br><br><br><br> VALUE $ | | | | | | | | |
| ACCOUNT NO. <br><br><br><br> VALUE $ | | | | | | | | |
| ACCOUNT NO. <br><br><br><br> VALUE $ | | | | | | | | |
| ACCOUNT NO. <br><br><br><br> VALUE $ | | | | | | | | |

Sheet no. ___**2**___ of ___**2**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)  $ **199,210.29**  $ **183,545.25**

Total
(Use only on last page of the completed Schedule D. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ **4,582,919.82**  $ **4,390,541.89**

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

IN RE **Modern Aluminum Anodizing Corporation**                                      Case No. **07-40561**
_____
Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1** continuation sheets attached

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Modern Aluminum Anodizing Corporation _____   Case No. 07-40561
_____
Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**City Of North Adams**<br>**PO Box 566**<br>**North Adams, MA  01247-0566** | | | **Water and sewer, real property tax** | | | | **9,000.00** | **9,000.00** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ **9,000.00** | $ **9,000.00** | $ |
|---|---|---|---|---|
| (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | Total | $ **9,000.00** | | |
| (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | Total | | $ **9,000.00** | $ |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

Official Form 6F (10/06)

IN RE Modern Aluminum Anodizing Corporation                    Case No. 07-40561
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Admiral Metal**<br>**PO Box 11545**<br>**Boston, MA  02111** | | | **Goods sold & delivered** | | | | **3,519.14** |
| ACCOUNT NO.<br>**ADP, Inc.**<br>**PO Box 9001006**<br>**Louisville, KY  40290-1006** | | | **Payroll services** | | | | **2,240.37** |
| ACCOUNT NO.<br>**Alcoa, Inc.**<br>**C/O Cohn & Dussi, LLC**<br>**25 Burlington Mall Rd**<br>**Burlington, MA  01803-4100** | | | **Judgment** | | | | **15,668.24** |
| ACCOUNT NO.<br>**Allied Waste Services #955**<br>**Chesire Hauling**<br>**485 South State Road**<br>**Cheshire, MA  01225-9557** | | | **Good sold & delivered** | | | | **2,345.87** |

___12___ continuation sheets attached

Subtotal (Total of this page)    $  **23,773.62**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Official Form 6F (06/06) (cont.)

IN RE Modern Aluminum Anodizing Corporation

Debtor(s)

Case No. 07-40561

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Amcest Corporation <br> PO Box 313 <br> Linden, NJ 07036-0313 | | | Goods sold and delivered | | | | 500.00 |
| ACCOUNT NO. <br> American Aluminum Extrusion LLC <br> 333 Cedar Ave <br> Middlesex, NJ 08846-2400 | | | Goods, sold and delivered | | | | 1,616.00 |
| ACCOUNT NO. 3715-477496-01002 <br> American Express <br> PO Box 7863 <br> Fort Lauderdale, FL 33329 | | | Goods sold & delivered | | | | 97,485.18 |
| ACCOUNT NO. <br> Atlantic Coast Polymers, Inc. <br> 6207 Bee Caves Rd Ste 180 <br> Austin, TX 78746-5085 | | | Goods sold & delivered | | | | 4,500.00 |
| ACCOUNT NO. <br> Atlantis Equipment Corp. <br> PO Box 318 <br> Stephentown, NY 12168-0318 | | | Good sold & delivered | | | | 740.00 |
| ACCOUNT NO. <br> Ayer Sales, Inc. <br> C/O Systran Financial Service <br> PO Box 640296 <br> Pittsburgh, PA 15264-0296 | | | Goods sold & delivered | | | | 151.70 |
| ACCOUNT NO. <br> Basic Chemical Solutions <br> 5 Steel Rd E <br> Morrisville, PA 19067-3613 | | | Goods sold & delivered | | | | 94.60 |

Sheet no. __1__ of __12__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 105,087.48

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE Modern Aluminum Anodizing Corporation                                    Case No. 07-40561
_____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Berkshire Environmental Consulting**<br>**152 North St Ste 250**<br>**Pittsfield, MA  01201-5118** | | | **Professional services** | | | | 8,583.22 |
| ACCOUNT NO. **55 and 102**<br>**Berkshire Gas Co.**<br>**115 Cheshire Rd**<br>**Pittsfield, MA  01201-1803** | | | **Utility services** | | | | 83,065.80 |
| ACCOUNT NO.<br>**Berkshire Valley Auto Works**<br>**1 Canal St**<br>**North Adams, MA  01247-2704** | | | **Goods sold & delivered** | | | | 500.03 |
| ACCOUNT NO.<br>**Blue Cross And Blue Shield Of MA**<br>**401 Park St**<br>**Dorchester Center, MA  02124-1211** | | | **Health Insurance** | | | | 27,526.78 |
| ACCOUNT NO.<br>**Brown Packaging Service**<br>**PO Box 510**<br>**Adams, MA  01220-0510** | | | **Goods sold & delivered** | | | | 2,677.96 |
| ACCOUNT NO.<br>**Cain Hibbard Myers & Cook P.C.**<br>**66 West St**<br>**Pittsfield, MA  01201-5790** | | | **Legal services** | | | | 7,823.85 |
| ACCOUNT NO.<br>**CAPLUGS**<br>**2150 Elmwood Ave**<br>**Buffalo, NY  14207-1910** | | | **Goods sold & delivered** | | | | 1,765.20 |

Sheet no. __2__ of __12__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 131,942.84

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

Official Form 6F (10/06) - Cont.

IN RE Modern Aluminum Anodizing Corporation
_____
Debtor(s)

Case No. 07-40561

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Clariant Corporation**<br>**500 Washington St**<br>**Coventry, RI 02816-5469** | | | **Goods sold & delivered** | | | | 15,280.75 |
| ACCOUNT NO.<br>**Con-Way Transportation Service**<br>**PO Box 642080**<br>**Pittsburgh, PA 15264-2080** | | | **Freight services** | | | | 3,022.80 |
| ACCOUNT NO.<br>**Contest Analytical Laboratory**<br>**39 Spruce Street, 2nd Floor**<br>**East Longmeadow, MA 01028-2821** | | | **Goods sold & delivered** | | | | 295.10 |
| ACCOUNT NO.<br>**Coy Brothers, Inc.**<br>**P.O. Box 416**<br>**433 Fairground Blvd**<br>**Canfield, OH 44406-1551** | | | **Goods sold & delivered** | | | | 3,754.11 |
| ACCOUNT NO.<br>**Deerfield Machine & Tool Co.**<br>**79 Walden St**<br>**North Adams, MA 01247-3328** | | | **Goods sold & delivered** | | | | 250.00 |
| ACCOUNT NO.<br>**Federal Express**<br>**PO Box 371461**<br>**Pittsburgh, PA 15250-7461** | | | **Delivery Services** | | | | 128.78 |
| ACCOUNT NO.<br>**Fisher Scientific**<br>**PO Box 360153**<br>**Pittsburgh, PA 15250-6153** | | | **Goods sold & delivered** | | | | 324.27 |

Sheet no. ___3___ of ___12___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 23,055.81

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE Modern Aluminum Anodizing Corporation

Debtor(s)

Case No. 07-40561

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Foley Laboratory Services, Inc. <br> PO Box 417 <br> Glastonbury, CT  06033-0417 | | | Goods sold & delivered | | | | 210.00 |
| ACCOUNT NO. <br> G. Neil Direct Mail Inc. <br> PO Box 451179 <br> Sunrise, FL  33345-1179 | | | Goods sold & delivered | | | | 96.28 |
| ACCOUNT NO. <br> General Chemical Performance <br> PO Box 533195 <br> Atlanta, GA  30353-3195 | | | Goods sold & delivered | | | | 4,366.64 |
| ACCOUNT NO. <br> Graybar Electric Co., Inc. <br> PO Box 414426 <br> Boston, MA  02241-4426 | | | Goods sold & delivered | | | | 94.71 |
| ACCOUNT NO. <br> Greenwich Safety, Inc. <br> 3661 West Shore Rd <br> Warwick, RI  02886-5071 | | | Goods sold & delivered | | | | 179.40 |
| ACCOUNT NO. <br> H. Greenberg & Sons <br> 321 Main St <br> Bennington, VT  05201-5005 | | | Goods sold & delivered | | | | 1,796.39 |
| ACCOUNT NO. <br> H.A. George & Sons Fuel Corp. <br> PO Box 546 <br> North Adams, MA  01247-0546 | | | Fuel | | | | 1,887.34 |

Sheet no. ___4___ of ___12___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   8,630.76

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Official Form 6F (10/06) - Cont.

**IN RE** Modern Aluminum Anodizing Corporation
                    Debtor(s)

Case No. **07-40561**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Houghton Metal Finishing Co. <br> Madison & Van Buren Avenues <br> PO Box 930 <br> Valley Forge, PA  19482-0930 | | | Goods sold & delivered | | | | 27,298.69 |
| ACCOUNT NO. <br> Hubbard Hall Inc. <br> 92 Interstate Drive <br> West Springfield, MA  01089-4532 | | | Goods sold and delivered | | | | 171.62 |
| ACCOUNT NO. <br> Hydro Aluminum North America Inc. <br> 810 International Drive,  Suite 200 <br> Linthicum, MD  21090-2224 | | | Goods sold & delivered | | | | 38,580.33 |
| ACCOUNT NO. <br> Ikon Financial Services <br> PO Box 41564 <br> Philadelphia, PA  19101-1564 | | | Goods sold & delivered | | | | 341.16 |
| ACCOUNT NO. <br> Ikon Office Solutions <br> PO Box 827457 <br> Philadelphia, PA  19182-7457 | | | Goods sold & delivered | | | | 582.20 |
| ACCOUNT NO. <br> Industrial Hearing Testing <br> 19 Midstate Drive, Suite 220 <br> Auburn, MA  01501-1858 | | | Goods sold & delivered | | | | 2,350.00 |
| ACCOUNT NO. <br> Jevic Transportation Inc. <br> PO Box 13031 <br> Newark, NJ  07188-0001 | | | Freight service | | | | 403.29 |

Sheet no. __5__ of __12__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | 69,727.29

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Modern Aluminum Anodizing Corporation                                    Case No. 07-40561
_____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Joe Baker <br> PO Box 332 <br> Monterey, MA  01245-0332 | | | Web site maintenance; computer service | | | | 1,895.05 |
| ACCOUNT NO. <br> LaValley Oil Co. <br> 116 Eagle Street <br> North Adams, MA  01247-2615 | | | Fuel | | | | 321.65 |
| ACCOUNT NO. <br> Linden Bulk Transportation Co., Inc. <br> 4200 Tremley Point Road <br> Linden, NJ  07036-6536 | | | Freight services | | | | 997.50 |
| ACCOUNT NO. <br> Longview Fibre Co. <br> 28 Park Dr <br> Amsterdam, NY  12010-5340 | | | See claim listed for Longview Fibre | | | | Duplicate |
| ACCOUNT NO. <br> Longview Fibre Paper & Packaging <br> C/O Lanny Zuckerman, Esq. <br> 29 Wendell Ave <br> Pittsfield, MA  01201-6326 | X | | Judgment | | | | 19,593.36 |
| ACCOUNT NO. <br> Mercer Transportation Co. <br> PO Box 644011 <br> Pittsburgh, PA  15264-4011 | | | Freight services | | | | 3,992.67 |
| ACCOUNT NO. <br> Merriam-Graves Corp. <br> PO Box 1420 <br> Claremont, NH  03743-1420 | | | Industrial gases | | | | 1,828.90 |

Sheet no. ___6___ of ___12___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 28,629.13

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE Modern Aluminum Anodizing Corporation          Case No. 07-40561
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Metalsaw<br>2950A Bay Vista Court<br>Benicia, CA  94510-1153 | | | Goods sold and delivered | | | | 651.70 |
| ACCOUNT NO.<br><br>Mister Tire<br>PO Box 1066<br>North Adams, MA  01247-1066 | | | Goods sold and delivered | | | | 120.32 |
| ACCOUNT NO.<br><br>Mount Williams Greenhouse<br>1090 State Rd<br>North Adams, MA  01247-3032 | | | Goods sold and delivered | | | | 47.50 |
| ACCOUNT NO.<br><br>National Grid<br>55 Bearfoot Road<br>Hawthorne, NY  10532 | | | Utility services | | | | 504,281.11 |
| ACCOUNT NO.<br><br>New England Electoplating Supply Co.<br>182 Tucker Ave<br>Oakville, CT  06779-1561 | | | Goods sold & delivered | | | | 652.00 |
| ACCOUNT NO.<br><br>New England Water Heater Co.<br>PO Box 620625<br>Newton Lower Falls, MA  02462-0625 | | | Goods sold and delivered | | | | 117.09 |
| ACCOUNT NO.<br><br>New Penn Motor Express<br>PO Box 630<br>Lebanon, PA  17042-0630 | | | Transportation | | | | 1,746.98 |

Sheet no. ___7___ of ___12___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $  507,616.70

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Official Form 6F (10/06) - Cont.

IN RE Modern Aluminum Anodizing Corporation                    Case No. 07-40561
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Pierce Aluminum Co., Inc. 34 Forge Park PO Box F Franklin, MA 02038-0816 | | | Goods sold & delivered | | | | 14,509.50 |
| ACCOUNT NO. Prime, Inc. 2740 N Mayfair Ave Springfield, MO 65803-5084 | | | Freight services | | | | 1,004.70 |
| ACCOUNT NO. R.I. Baker PO Box 895 North Adams, MA 01247-0895 | | | Goods sold and delivered | | | | 212.97 |
| ACCOUNT NO. Rapid Power Corp. 85 Meadowland Dr S Burlington, VT 05403-4401 | | | Utility services | | | | 1,494.05 |
| ACCOUNT NO. Rapidforms 301 Grove Rd Thorofare, NJ 08086-2214 | | | Goods sold and delivered | | | | 235.97 |
| ACCOUNT NO. Roadway Express, Inc. PO Box 13573 Newark, NJ 07188-0001 | | | Freight services | | | | 1,129.57 |
| ACCOUNT NO. S&A Supply, Inc. 20 Maple Avenue Great Barrington, MA 01230-1904 | | | Goods sold & delivered | | | | 1,519.43 |

Sheet no. __8__ of __12__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 20,106.19

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Official Form 6F (10/05) Cont.

IN RE Modern Aluminum Anodizing Corporation                                 Case No. 07-40561
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Safety-Kleen Corp.<br>PO Box 382066<br>Pittsburgh, PA  15250-8066 | | | Cleaning/sanitation services | | | | 699.31 |
| ACCOUNT NO.<br>Seeco-Eastern<br>PO Box 130<br>Everetts, NC  27825-0130 | | | Goods sold & delivered | | | | 203.03 |
| ACCOUNT NO.<br>Silver City Aluminum Corp.<br>704 West Water Street<br>Taunton, MA  02780-5003 | | | Goods sold & delivered | | | | 2,502.00 |
| ACCOUNT NO.<br>Slack Chemical Co.<br>PO Box 30<br>Carthage, NY  13619-0030 | | | Goods sold & delivered | | | | 4,257.51 |
| ACCOUNT NO.<br>Smith, Watson & Company, LLP<br>P.O. Box 957<br>85 Main St<br>North Adams, MA  01247-3437 | | | Professional services | | | | 7,331.50 |
| ACCOUNT NO.<br>Suez Energy Resources<br>PO Box 25225<br>Lehigh Valley, PA  18002-5225 | | | Utility services | | | | 18,314.10 |
| ACCOUNT NO.<br>Temple Inland<br>803 Corporation Park<br>Scotia, NY  12302-1057 | | | Goods sold & delivered | | | | 5,746.20 |

Sheet no. __9__ of __12__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   39,053.65

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE Modern Aluminum Anodizing Corporation                                    Case No. 07-40561
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Thermal Label Warehouse, Inc.<br>PO Box 23830<br>Knoxville, TN 37933-1830 | | | Goods sold & delivered | | | | 33.65 |
| ACCOUNT NO.<br><br>Thomas Gajda & Company<br>1 Bank Street, 3rd Fl<br>Williamstown, MA 01267-2856 | | | Professional services | | | | 6,360.00 |
| ACCOUNT NO.<br><br>Tighe & Bond<br>Westfield Executive Park<br>53 Southampton Rd<br>Westfield, MA 01085-1582 | | | Environmental services | | | | 1,264.19 |
| ACCOUNT NO.<br><br>Time Warner Cable<br>225 Hodges Crossroads<br>North Adams, MA 01247-3948 | | | Internet/computer services | | | | 373.28 |
| ACCOUNT NO.<br><br>TPC Wire & Cable<br>4570 Paysphere Circle<br>Chicago, IL 60674-0045 | | | Internet/computer services | | | | 414.61 |
| ACCOUNT NO.<br><br>Tranter PHE, Inc.-US<br>Crawer Cs-100540<br>Atlanta, GA 30384-0001 | | | Goods sold & delivered | | | | 2,048.40 |
| ACCOUNT NO.<br><br>Tristate Industrial Laundries<br>PO Box 4145<br>Utica, NY 13504-4145 | | | Industrial laundry services | | | | 966.55 |

Sheet no. __10__ of __12__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $    11,460.68

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2007 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE Modern Aluminum Anodizing Corporation                                          Case No. 07-40561
_____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Troy Boiler Works<br>2800 7th Avenue<br>Troy, NY 12180-1519 | | | Goods sold and delivered | | | | 9,876.00 |
| ACCOUNT NO.<br><br>United Parcel Service<br>PO Box 7247-0244<br>Philadelphia, PA 19170-0001 | | | Delivery services | | | | 1,945.09 |
| ACCOUNT NO.<br><br>USFileter/JWI Inc.<br>2695 Paysphere Circle<br>Chicago, IL 60674-0026 | | | Filtered water services | | | | 780.99 |
| ACCOUNT NO.<br><br>USFILTER/Envirex Products<br>2662 Paysphere Circle<br>Chicago, IL 60674-0026 | | | Goods sold & delivered | | | | 497.00 |
| ACCOUNT NO.<br><br>Valley Machine Knife Corp.<br>33 Wayside Ave<br>West Springfield, MA 01089-1347 | | | Goods sold & delivered | | | | 313.50 |
| ACCOUNT NO.<br><br>Valley Roll Off<br>PO Box 388<br>Lee, MA 01238-0388 | | | Waste removal | | | | 12,800.00 |
| ACCOUNT NO.<br><br>Vantage Supply & Equipment<br>PO Box 932<br>Windsor, CT 06095-0932 | | | Goods sold and delivered | | | | 3,200.00 |

Sheet no. __11__ of __12__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $   29,412.58

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE Modern Aluminum Anodizing Corporation

Debtor(s)

Case No. 07-40561

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Verizon <br> P.O. Box 1 <br> Worcester, MA  01654-0001 | | | Telephone services | | | | 280.25 |
| ACCOUNT NO. <br> Verizon <br> C/O Yellow Pages Company <br> PO Box 64809 <br> Baltimore, MD  21264-4809 | | | Yellow pages advertising | | | | 393.46 |
| ACCOUNT NO. <br> Vitex Extrusion <br> 43 Industrial Park Drive <br> PO Box 6149 <br> Franklin, NH  03235-6149 | | | Goods sold & delivered | | | | 24,715.79 |
| ACCOUNT NO. <br> WB Mason <br> PO Box 111 <br> Brockton, MA  02303-0111 | | | Office supplies | | | | 349.56 |
| ACCOUNT NO. <br> Yarde Metals, Inc. <br> 45 Newell St <br> Southington, CT  06489-1424 | | | Goods sold & delivered | | | | 5,907.16 |
| ACCOUNT NO. <br> York International Corp. <br> PO Box 8500-2151 <br> Philadelphia, PA  19178-8500 | | | Goods sold & delivered | | | | 18,478.18 |
| ACCOUNT NO. | | | | | | | |

Sheet no. __12__ of __12__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ 50,124.40

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $ 1,048,621.13

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Modern Aluminum Anodizing Corporation** _____  Case No. **07-40561** _____
                              Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Suez Energy** | **Electric resupply contract** |
| **Merriam-Graves** | **Lease of gas cylinders** |
| **James Cariddi** | **Warehouse lease** |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Modern Aluminum Anodizing Corporation                                   Case No. 07-40561
                              Debtor(s)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Beverly Sigsbury<br>210 River St<br>Bennington, VT  05201-1833 | TD Banknorth, N.A.<br>C/O Gregory Schmidt, Esq.<br>1 Monarch Pl<br>Springfield, MA  01144-1099 |
| Frank Sigsbury<br>210 Hidden Valley Road<br>Bennington, VT  05201 | TD Banknorth, N.A.<br>C/O Gregory Schmidt, Esq.<br>1 Monarch Pl<br>Springfield, MA  01144-1099 |
| Kenneth Sigsbury<br>5 Hidden Valley Road<br>Pownal, VT  05261 | Regions Bank<br>C/O Kenneth E. Lindauer, Esq.<br>14 Lynde St<br>Salem, MA  01970-3404 |
| | Longview Fibre Paper & Packaging<br>C/O Lanny Zuckerman, Esq.<br>29 Wendell Ave<br>Pittsfield, MA  01201-6326 |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6 - Declaration (10/06)

**IN RE** Modern Aluminum Anodizing Corporation                                          Case No. 07-40561
_____
Debtor(s)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 2*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: 3/19/07                    Signature: _____
                                                                                                  *Debtor*

Date: _____            Signature: _____
                                                                                           *(Joint Debtor, if any)*

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____               _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer                Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
Address

_____               _____
Signature of Bankruptcy Petition Preparer                                                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Treasurer _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the Modern Aluminum Anodizing Corporation (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____25____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: 3/19/07                    Signature: _____

                                                        Kenneth Sigsbury
                                                        _____
                                                        (Print or type name of individual signing on behalf of debtor)

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

DECLARATION CONCERNING DEBTOR'S SCHEDULES

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Massachusetts**

IN RE:                                                                                      Case No. <u>**07-40561**</u>

<u>**Modern Aluminum Anodizing Corporation**</u>                              Chapter <u>**11**</u>
Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT    SOURCE
**For the eleven months ending 1/31/07 the Debtor had net income of $306,235 on net revenues of $3,619,303**

**2/28/06 - net income of $115,615 on net revenues of $3,809,716**

**2/28/02 - loss of $760,104 on net revenues of $3,989,683**

**2/28/04 - loss of $476,400 on net revenues of $4,191,630**

**2. Income other than from employment or operation of business**

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑ a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately
☐ preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000.
(Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See Attached List | | 0.00 | 0.00 |

None c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors
☑ who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not
a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this
☐ bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or
not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Longview Fibre Paper & Packaging, Inc. v. Modern Aluminum Anodizing Corp. and Kenneth Sigsbury Docket No. 200627-CV-0500** | Collection | **Pittsfield District Court Pittsfield, MA** | **Default Judgment dated November 1, 2006** |
| **Alcoa, Inc. v. Modern Aluminum Anodizing Corporation Docket No. 200628 CV 000126** | Collection | **Norther Berkshire District Court 111 Holden Street North Adams, MA 01247** | **Execution dated August 25, 2006** |

None b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding
☐ the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either
or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Tighe & Bond, Inc. C/O Alan J. Vanaria, Esq. 12 Ingraham Ter Springfield, MA 01105-1308** | 8/9/06 | **Execution recorded at Book 1259, Page 162** |
| **PCS Sales (USA), Inc. C/O Hunter & Graziano 10 Park Pl # 337 Lee, MA 01238-1618** | 12/1/05 | **Execution recorded at Book 1230, Page 948** |
| **Regions Bank C/O Kenneth E. Lindauer, Esq. 14 Lynde St Salem, MA 01970-3404** | 11/8/05 | **Attachment recorded at Book 1228, Page 388** |
| **Admiral Metals Service Center Co., Inc. C/O Goldman & Pease 160 Gould St Needham Heights, MA 02494-2313** | 12/29/05 | **Attachment recorded at Book 1234, Page 660** |
| **Associated Industries Of Massachusetts Mutual Insurance Company C/O Robert Tenney; 220 N. Main Street Natick, MA 01760** | 2/21/06 | **Attachment recorded at Book 1239, Page 599** |
| **S & A Supply, Inc. C/O Kathleen M. McCormick 390 Main St Great Barrington, MA 01230-1805** | 3/20/06 | **Execution recorded at Book 1242, Page 39** |
| **New Penn Motor Express C/O Gold & Vanaria, P.C. 12 Ingraham Ter Springfield, MA 01105-1308** | 3/20/06 | **Execution recorded at Book 1242, Page 37** |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

STATEMENT OF FINANCIAL AFFAIRS: #3 (b)

Modern Aluminum Anodizing Corp

Check Register

For the Period From Nov 15, 2006 to Feb 15, 2007

BANK OF BENN.

| Check # | Date | Payee | Cash Account | Amount |
|---|---|---|---|---|
| 1075 | 11/17/06 | MCANDREW-KING | 1005 | 2,202.58 |
| WIRE1117 | 11/17/06 | APPLIED DYNAMICS | 1005 | 779.92 |
| 1076 | 11/28/06 | MA REGISTRY OF MOTOR VEHICL | 1005 | 168.00 |
| 1077 | 11/28/06 | SEECO-EASTERN | 1005 | 50.00 |
| 1078 | 11/30/06 | TAMMY L BROWN | 1005 | 500.00 |
| 1079 | 11/30/06 | TAMMY L BROWN | 1005 | 1,010.00 |
| 1080 | 11/30/06 | TAMMY L BROWN | 1005 | 262.26 |
| 1081 | 11/30/06 | NY COMMISSIONER OF TAXATION | 1005 | 85.79 |
| 1082 | 12/4/06 | TAMMY L BROWN | 1005 | 1,000.00 |
| 1083 | 12/4/06 | TAMMY L BROWN | 1005 | 661.19 |
| 1084 | 12/5/06 | SLACK CHEMICAL CO | 1005 | 6,328.00 |
| 1085 | 12/5/06 | VALLEY ROLL OFF | 1005 | 2,753.47 |
| 1086 | 12/7/06 | BROWN PACKAGING SERVICE | 1005 | 2,408.86 |
| 1087 | 12/7/06 | BENNINGTON TIRE | 1005 | 162.64 |
| 1088 | 12/8/06 | APPLIED DYNAMICS | 1005 | 440.00 |
| 1088V | 12/8/06 | APPLIED DYNAMICS | 1005 | -440.00 |
| 1089 | 12/8/06 | NAPA | 1005 | 146.58 |
| 1090 | 12/8/06 | MASTERCARD FOR JORGE GUZMA | 1005 | 3,393.41 |
| 1091 | 12/11/06 | TRISTATE INDUSTRIAL LAUNDRI | 1005 | 941.63 |
| 1092 | 12/11/06 | BLUE CROSS & BLUE SHIELD OF M | 1005 | 26,154.34 |
| 1093 | 12/11/06 | BLUECROSS AND BLUE SHIELD | 1005 | 1,271.04 |
| 1094 | 12/11/06 | TD BANKNORTH, NA | 1005 | 43,423.19 |
| 1095 | 12/12/06 | JAMES V. CARIDDI SR. | 1005 | 5,533.08 |
| 1096 | 12/13/06 | ARBELLA | 1005 | 2,992.44 |
| 1097 | 12/13/06 | TAMMY L BROWN | 1005 | 1,630.43 |
| 1098 | 12/15/06 | THOMPSON & JOHNSON EQUIP. CC | 1005 | 346.03 |
| 1099 | 12/15/06 | HOUGHTON METAL FINISHING CC | 1005 | 5,259.57 |
| 1100 | 12/27/06 | BROWN PACKAGING SERVICE | 1005 | 3,688.56 |
| 1101 | 12/28/06 | ADIRONDACK PAYROLL SERVICE | 1005 | 19,108.71 |
| 1102 | 12/28/06 | CONTEST ANALYTICAL LABORAT | 1005 | 295.00 |
| 1103 | 12/29/06 | NY COMMISSIONER OF TAXATION | 1005 | 84.65 |
| 1104 | 1/5/07 | VALLEY ROLL OFF | 1005 | 6,300.00 |
| 1105 | 1/17/07 | VALLEY ROLL OFF | 1005 | 3,600.00 |
| 1106 | 1/18/07 | BLUE CROSS & BLUE SHIELD OF N | 1005 | 13,077.17 |
| 1107 | 1/18/07 | BLUECROSS AND BLUE SHIELD | 1005 | 635.67 |

02/27/2007 at 10:29 AM

## Modern Aluminum Anodizing Corp
### Check Register
#### For the Period From Nov 15, 2006 to Feb 15, 2007

| Check | Date | Payee | Acct | Amount |
|---|---|---|---|---|
| 1108 | 1/19/07 | SOUTH ADAMS SAVINGS | 1005 | 1,408.08 |
| 1109 | 1/19/07 | BERKSHIRE GAS | 1005 | 10,000.00 |
| 1110 | 1/23/07 | AIM MUTUAL INSURANCE CO | 1005 | 2,500.00 |
| 1111 | 1/24/07 | VALLEY ROLL OFF | 1005 | 1,800.00 |
| 1112 | 1/24/07 | H.A. GEORGE & SONS FUEL CORP | 1005 | 1,000.00 |
| 154642 | 1/25/07 | SLACK CHEMICAL CO | 1005 | 6,298.00 |
| 154643 | 1/25/07 | METLSAW | 1005 | 1,284.25 |
| 1113 | 1/25/07 | METLSAW | 1005 | 9.00 |
| 1114 | 1/25/07 | BROWN PACKAGING SERVICE | 1005 | 2,224.71 |
| 1115 | 1/26/07 | VALLEY ROLL OFF | 1005 | 1,800.00 |
| 1116 | 1/26/07 | VERIZON | 1005 | 773.38 |
| 1117 | 1/26/07 | TD BANKNORTH, NA | 1005 | 2,072.44 |
| 1118 | 1/26/07 | TD BANKNORTH, NA | 1005 | 1,274.22 |
| 1119 | 1/26/07 | ALBANY MACK SALES, INC | 1005 | 75.32 |
| 1120 | 1/26/07 | TD BANKNORTH, NA | 1005 | 20,650.97 |
| 1121 | 1/29/07 | DEERFIELD MACHINE & TOOL CO | 1005 | 1,180.00 |
| 1122 | 1/30/07 | TAMMY L BROWN | 1005 | 1,000.00 |
| 1123 | 1/30/07 | TAMMY L BROWN | 1005 | 717.46 |
| 1124 | 1/31/07 | BENNINGTON TIRE | 1005 | 418.10 |
| 1125 | 1/31/07 | H.A. GEORGE & SONS FUEL CORP | 1005 | 1,000.00 |
| 1126 | 1/31/07 | NY COMMISSIONER OF TAXATION | 1005 | 53.68 |
| 1127 | 1/31/07 | MASSACHUSETTS DEPT. OF REVE | 1005 | 232.31 |
| 1128 | 2/1/07 | BLUE CROSS & BLUE SHIELD OF M | 1005 | 16,294.52 |
| 1129 | 2/1/07 | BLUECROSS AND BLUE SHIELD | 1005 | 635.67 |
| 1130 | 2/1/07 | MERRIAM -GRAVES CORP. | 1005 | 2,340.74 |
| 1130V | 2/2/07 | MERRIAM -GRAVES CORP. | 1005 | -2,340.74 |
| 1131 | 2/2/07 | MERRIAM -GRAVES CORP. | 1005 | 1,147.49 |
| 1131V | 2/2/07 | MERRIAM -GRAVES CORP. | 1005 | -1,147.49 |
| 1132 | 2/2/07 | MERRIAM -GRAVES CORP. | 1005 | 2,340.74 |
| CK BY PHONE 2/2/ | 2/2/07 | ALLIED WASTE SERVICE #955 | 1005 | 2,323.92 |
| 1133 | 2/5/07 | VALLEY ROLL OFF | 1005 | 3,600.00 |
| 1134 | 2/6/07 | BROWN PACKAGING SERVICE | 1005 | 1,124.76 |
| 1135 | 2/8/07 | BERKSHIRE GAS | 1005 | 10,000.00 |
| 1136 | 2/9/07 | BERKSHIRE GAS | 1005 | 1,000.00 |
| 1137 | 2/12/07 | TAMMY L BROWN | 1005 | 1,000.00 |
| 1138 | 2/12/07 | TAMMY L BROWN | 1005 | 229.97 |

**Modern Aluminum Anodizing Corp**
**Check Register**
**For the Period From Nov 15, 2006 to Feb 15, 2007**

| | | | | |
|---|---|---|---|---|
| 1139 | 2/12/07 | GREYLOCK FLEET REPAIR | 1005 | 332.34 |
| 1140 | 2/12/07 | ARBELLA | 1005 | 2,994.78 |
| CK BY PHONE | 2/12/07 | UNITED PARCEL SERVICE | 1005 | 1,472.06 |
| 1141 | 2/13/07 | RITA MARINUCCI | 1005 | 612.89 |
| 155056 | 2/13/07 | SLACK CHEMICAL CO | 1005 | 10,118.20 |
| 1142 | 2/13/07 | H.A. GEORGE & SONS FUEL CORP | 1005 | 500.00 |
| WIRE215 | 2/15/07 | HENDEL & COLLINS | 1005 | 62,000.00 |

Total    330,605.98

Modern Aluminum Anodizing Corp
Check Register
For the Period From Nov 15, 2006 to Feb 15, 2007
TO BANK NORTH.

| Check # | Date | Payee | Cash Account | Amount |
|---------|------|-------|--------------|--------|
| 9300 | 11/16/06 | NEW PENN MOTOR EXPRESS | 1004 | 109.69 |
| 9296 | 11/17/06 | NATIONAL GRID | 1004 | 50,000.00 |
| 9301 | 11/17/06 | BROWN PACKAGING SERVICE | 1004 | 2,408.86 |
| 9301V | 11/17/06 | BROWN PACKAGING SERVICE | 1004 | -2,408.86 |
| 9302 | 11/21/06 | TAMMY L BROWN | 1004 | 1,000.00 |
| 9303 | 11/21/06 | TAMMY L BROWN | 1004 | 636.76 |
| 9304 | 11/22/06 | SUPERIOR SPRING & MFG. CO. | 1004 | 42.67 |
| 9305 | 11/22/06 | BENNINGTON TIRE | 1004 | 152.64 |
| 9305V | 11/22/06 | BENNINGTON TIRE | 1004 | -152.64 |
| 9306 | 11/27/06 | SLACK CHEMICAL CO | 1004 | 2,621.25 |
| 9306V | 11/27/06 | SLACK CHEMICAL CO | 1004 | -2,621.25 |
| 9307 | 11/27/06 | SLACK CHEMICAL CO | 1004 | 3,621.25 |
| 9307V | 11/27/06 | SLACK CHEMICAL CO | 1004 | -3,621.25 |
| DEBIT1128 | 11/28/06 | TD BANKNORTH, NA | 1004 | 100.00 |
| 9308 | 11/30/06 | JAMES V. CARIDDI SR. | 1004 | 5,533.08 |
| 9309 | 11/30/06 | BLUE CROSS & BLUE SHIELD OF MA | 1004 | 13,077.17 |
| 9310 | 11/30/06 | BLUECROSS AND BLUE SHIELD | 1004 | 635.37 |
| 9310V | 11/30/06 | BLUECROSS AND BLUE SHIELD | 1004 | -635.37 |
| 9309V | 11/30/06 | BLUE CROSS & BLUE SHIELD OF MA | 1004 | -13,077.17 |
| 9308V | 11/30/06 | JAMES V. CARIDDI SR. | 1004 | -5,533.08 |
| 9269V | 11/30/06 | TYCO HEALTHCARE MALLINCKRODT | 1004 | -2,000.00 |
| 9311 | 12/1/06 | ANDREA SIGSBURY | 1004 | 780.00 |
| 9311V | 12/1/06 | ANDREA SIGSBURY | 1004 | -780.00 |
| 9312 | 12/5/06 | MERRIAM -GRAVES CORP. | 1004 | 940.60 |
| 9313 | 12/5/06 | NEW PENN MOTOR EXPRESS | 1004 | 126.19 |
| 9314 | 12/18/06 | VALLEY ROLL OFF | 1004 | 2,000.00 |
| 9315 | 12/19/06 | TIME WARNER CABLE | 1004 | 212.63 |
| 9316 | 12/21/06 | CONTEST ANALYTICAL LABORATORY | 1004 | 295.10 |
| 9317 | 12/21/06 | VALLEY ROLL OFF | 1004 | 1,608.78 |
| DEBIT1228 | 12/28/06 | TD BANKNORTH, NA | 1004 | 300.00 |
| 9318 | 12/29/06 | SLACK CHEMICAL CO | 1004 | 8,969.25 |
| 9319 | 1/3/07 | BENNINGTON TIRE | 1004 | 257.58 |
| 9320 | 1/3/07 | JAMES V. CARIDDI SR. | 1004 | 5,533.08 |
| 9321 | 1/5/07 | KEN SIGSBURY | 1004 | 800.00 |
| 9322 | 1/10/07 | H.A. GEORGE & SONS FUEL CORP | 1004 | 1,000.00 |

Modern Aluminum Anodizing Corp
**Check Register**
For the Period From Nov 15, 2006 to Feb 15, 2007

Page: 2

| | | | | |
|---|---|---|---|---|
| 9324 | 1/10/07 | BROWN PACKAGING SERVICE | 1004 | 2,224.71 |
| 9325 | 1/11/07 | KAYLEIGH SIGSBURY | 1004 | 250.00 |
| 9326 | 1/12/07 | KAYLEIGH SIGSBURY | 1004 | 600.00 |
| 9327 | 1/12/07 | KENNETH SIGSBURY | 1004 | 510.00 |
| 9326V | 1/12/07 | KAYLEIGH SIGSBURY | 1004 | -600.00 |
| WIRE112 | 1/12/07 | PRIME INC | 1004 | 1,604.00 |
| 9327V | 1/12/07 | KENNETH SIGSBURY | 1004 | -510.00 |
| 9324V | 1/25/07 | BROWN PACKAGING SERVICE | 1004 | -2,224.71 |
| 9322V | 1/31/07 | H.A. GEORGE & SONS FUEL CORP | 1004 | -1,000.00 |
| 9313V | 1/31/07 | NEW PENN MOTOR EXPRESS | 1004 | -126.19 |
| 7857V | 1/31/07 | VILLAGE TRUCK SALES | 1004 | -79.00 |
| 8208V | 1/31/07 | CASH | 1004 | -200.00 |
| 9288V | 1/31/07 | APPLIED DYNAMICS | 1004 | -723.00 |
| 8343V | 1/31/07 | COVER TECHNOLOGIES, INC | 1004 | -520.00 |
| 9296V | 1/31/07 | NATIONAL GRID | 1004 | -50,000.00 |
| 9299V | 1/31/07 | GENERAL MECHANICAL | 1004 | -1,177.50 |
| 9302V | 1/31/07 | TAMMY L BROWN | 1004 | -1,000.00 |
| 9304V | 1/31/07 | SUPERIOR SPRING & MFG. CO. | 1004 | -42.67 |
| 9314V | 1/31/07 | VALLEY ROLL OFF | 1004 | -2,000.00 |
| 9315V | 1/31/07 | TIME WARNER CABLE | 1004 | -212.63 |
| 9316V | 1/31/07 | CONTEST ANALYTICAL LABORATORY | 1004 | -295.10 |
| 9312V | 2/1/07 | MERRIAM -GRAVES CORP. | 1004 | -940.60 |
| 9328 | 2/12/07 | JAMES V. CARIDDI SR. | 1004 | 5,533.08 |

Total                                                                     21,002.72

Berkshire Gas Company                                    11/21/06
C/O Martin & Oliveira                                    Execution recorded at Book 1271, Page 868
75 S Church St
Pittsfield, MA 01201-6157

---

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Hendel & Collins, P.C.<br>101 State St<br>Springfield, MA 01103-2006 | 2006 - 2007 | The Debtor has paid Hendel & Collins $69,500 of which a retainer of $57,354.90 remains |

---

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

STATEMENT OF FINANCIAL AFFAIRS

**12. Safe deposit boxes**

None ☑  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☑  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☑  List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☑  If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☑  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

---

None ☑  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

**18. Nature, location and name of business**

None ☑  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

---

None ☑  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

© 1993-2007 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Smith, Watson & Company, LLP**<br>**85 Main St**<br>**North Adams, MA  01247-3437** | |

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Smith, Watson & Company, LLP**<br>**85 Main St**<br>**North Adams, MA  01247-3437** | **2/28/2006** |

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Smith, Watson & Company, LLP**
**85 Main St**
**North Adams, MA  01247-3437**

None ☐ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **TD Banknorth, N.A.**<br>**C/O Gregory Schmidt, Esq.**<br>**1 Monarch Pl**<br>**Springfield, MA  01144-1099** | |

### 20. Inventories

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market, or other basis) |
|---|---|---|
| **March, 2006** | **Kenneth Sigsbury** | |

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

### 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Frank Sigsbury** | **President/Director** | **50% stockholder** |
| **Beverly Sigsbury** | **Director** | **50% stockholder** |
| **Kenneth Sigsbury** | **Treasurer/Clerk** | |

STATEMENT OF FINANCIAL AFFAIRS

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**22. Former partners, officers, directors and shareholders**

None ☑   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: __3/19/07__     Signature: _____

                         Kenneth Sigsbury, Treasurer

                                                               Print Name and Title

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

___**0**___ continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
### District of Massachusetts

IN RE:                                                    Case No. **07-40561**

**Modern Aluminum Anodizing Corporation**                 Chapter **11**
<span>Debtor(s)</span>

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **TBD**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **57,354.90**

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **TBD**

2.  The source of the compensation paid to me was: ☑ Debtor  ☐ Other (specify):

3.  The source of compensation to be paid to me is: ☑ Debtor  ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters~~;
    e.  [Other provisions as needed]
    **Money received from the Debtor includes the filing fee**

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **Representation of the Debtor in adversary proceedings and other contested bankruptcy matters**

---

### CERTIFICATION
I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____ 3/15/07 _____        _____
Date                                             Signature of Attorney

**Hendel & Collins, P.C.**
_____
Name of Law Firm

DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only