UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

In re:

MODERN ALUMINUM ANODIZING
CORPORATION,
        DEBTOR

Chapter 11
Case No. 07-40561-HJB

## TRUSTEE'S AMENDMENTS TO

## COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT

Pursuant to Bankruptcy Code §1127, the Trustee's Combined Plan of Reorganization and Disclosure Statement (referred to herein as the "Plan") is hereby amended as follows:

## SUMMARY OF THE PLAN IS AMENDED AS FOLLOWS:

The Trustee has entered into an Asset Purchase Agreement (the "APA" or the "Agreement") to sell the "Acquired Assets" of the Debtor (as defined below) to SMJ Sheet Metal Co., Inc. (the "Buyer") or its assignee, for the sum of $1,080,000.00, to plus assumption of post-petition trade payables.

A summary of the more salient terms[1] include the following:

| | |
|---|---|
| Seller | Modern Aluminum Anodizing Corporation |
| Buyer | Berkshire Anodizing, LLC or nominee. |

---

[1] To the extent this summary differs in any way from the Agreement, the Agreement shall control.

1

| | |
|---|---|
| Acquired Assets | All of the Seller's rights, title and interests in the Debtor's real estate, inventory, equipment and accounts receivables. |
| Excluded Assets | Cash held by the Trustee and the Debtor; all estate claims and causes of action under Title 11 or analogous federal and state law. |
| Purchase Price | One million eighty thousand dollars ($1,080,000.00), plus assumption of post-petition trade payables up to $190,000.00, plus real estate taxes and related municipal charges up to $160,000.00. |
| Deposit | $25,000.00. |
| Closing | Within 21 business days after approval of the Amended Plan. |
| Reps and Warranties | Representations and warranties usual and customary for transactions of this nature; the sale of the Acquired Assets is "as is". |
| Court Approval | The Sale is subject to the Court's approval and confirmation of the Amended Plan and competitive bidding pursuant to the Auction Procedures. |

Section A.    Payment of Administrative Claims, is amended as follows:

Upon consummation of the Amended Plan, Arthur Grodd shall waive his "break up" fee.

Section C.    Designation and Payment of Classes of Claims, is amended as follows:

1.    Class One: Claims of T.D. Bank, N.A.

Class One consists of the claims of TD Bank, N.A. (f/k/a TD Banknorth, N.A.) (the "Bank"), a creditor whose claim is secured by liens upon all of the real and personal property owned by the Debtor, whichever is smaller. At the Petition Date, Bank was owed approximately $3,252,289.00. During the course of the case, the Bank has received payments of $15,000 per month, pursuant to a series of cash collateral stipulations approved by the Court.

The Bank's claim will be treated as follows: Upon sale of the Assets to the Purchaser, the Bank will receive cash in the amount of $900,000.00. The balance of the net sale proceeds, plus all cash for payment of professional fees held by the Trustee, that would otherwise be subject to the Bank's secured claims will be retained by the Trustee made available by the Bank for payment of allowed claims under this Plan, pursuant to Bankruptcy Code §506(c). The payment shall be in full satisfaction of all of the Bank's claims against the Debtor, including its secured claims, its deficiency claim, and any claim under §507(b) of the Bankruptcy Code shall be deemed waived by the Bank. In addition, the Bank shall receive a complete release from the estate of any claims that could be asserted against the Bank through the confirmation of the Plan.

The Class One Claim of the Bank is impaired.

Dated this 6th day of October, 2009.

STEVEN WEISS, TRUSTEE

By: /s/ Steven Weiss, Esq.
Steven Weiss, Esquire
BBO# 545619
Shatz, Schwartz and Fentin, P.C.
1441 Main Street, Suite 1100
Springfield, MA 01103
(413) 737-1131
(413) 736-0375 (fax)
sweiss@ssfpc.com

08\0092\Plan of Reorganization\Plan (Amended)\Amendments to Plan.1601