## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## WESTERN DIVISION

In re:

MODERN ALUMINUM ANODIZING
CORPORATION,
    DEBTOR

Chapter 11
Case No. 07-40561-HJB

## ORDER GRANTING SECOND
## MOTION BY CHAPTER 11 TRUSTEE TO MODIFY CHAPTER 11 PLAN

Modern Aluminum Anodizing Corporation is the Debtor in this Chapter 11 case. The Debtor commenced this case by filing a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") on February 15, 2007. On February 7, 2008 the Court ordered the appointment of a Chapter 11 Trustee; on February 13, 2008 Steven Weiss (the "Trustee") was appointed and continues to serve as Trustee. An Official Unsecured Creditors Committee has been appointed in this case. On September 4, 2008 the Court entered an order confirming the Trustee's Combined Plan of Reorganization and Disclosure Statement (the "Plan"). However, the Plan was not consummated.

On October 6, 2008 the Trustee filed Amendments to the Trustee's Combined Plan of Reorganization and Disclosure Statement (the "Modification") and a Motion to Modify Plan (the "Motion"). The Court conducted a hearing on the Motion on October 15, 2009. The Court found, that cause existed for the Modification, and that they complied with Bankruptcy Code §§1125, 1127(c), and 1129. The Court entered an order approving the Modification, in which it authorized the sale of the Acquired Assets (as defined in the Asset Purchase Agreement and the Modification) to Berkshire Anodizing, LLC or its nominee.

On January 13, 2010 the Trustee filed a Second Motion to Modify Plan (the "Second Motion"), in which further modifications are proposed. No objections were filed in response to the Second Motion. The Court conducted a hearing on the Second Motion on January 20, 2010. The Court finds, after hearing, that cause exists for the additional modifications to the Plan, and that the modifications comply with Bankruptcy Code §§1125, §1127(c) and1129.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED THAT** the Second Motion is hereby GRANTED, and the Modifications to the Plan set forth therein are approved and the transactions contemplated by the Second Motion are approved and authorized.

**IT IS FURTHER ORDERED** the stay established by Bankruptcy Rule 6004(h) is hereby waived.

Dated: January 20, 2010

HENRY J. BOROFF
Chief Bankruptcy Judge

08\0092\Plan of Reorganization\Plan (Amended)\Order.approving.Amended.Plan2nd